IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr34-MHT
                            )            (WO)
CORY WAYNE ROBINSON         )
```

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE**

In accordance with and in addition to the terms of supervised release set forth in the judgment entered today, it is ORDERED that, upon commencement of supervised release, the probation department shall:

(1) Arrange for defendant Cory Wayne Robinson to receive a psychiatric consultation with a provider qualified to prescribe medication to address his need for psychotropic medication to treat depression, severe posttraumatic stress disorder (PTSD), and any other mental-health needs identified by the provider.

(2) Assist defendant Robinson with accessing any recommended medication.

(3) Arrange for defendant Robinson to receive individual trauma-focused psychotherapy by a

psychologist or other comparable mental-health professional qualified to provide evidence-based treatment of PTSD and depression, and to assist him with reintegration into the free world. The therapy shall be provided at least once every two weeks, unless otherwise indicated by the treatment provider.

(4) Provide a copy of the psychological evaluation by Dr. Adriana Flores (Doc. 32-1) to each provider.

(5) Encourage defendant Robinson to find housing in a location where his PTSD is unlikely to be aggravated. *See* Psychological Evaluation by Dr. Adriana Flores (Doc. 32-1) at 25.

DONE, this the 31st day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**