IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr34-MHT** |
| | ) | **(WO)** |
| **CORY WAYNE ROBINSON** | ) | |

**CLARIFICATION OF INTENDED SENTENCE AND
RECOMMENDATION TO THE BUREAU OF PRISONS**

Upon consideration of the letter from the Federal Bureau of Prisons requesting guidance from the court on the intended sentence (Doc. 44), and after a review of the sentencing transcript and the filings of the probation department (Doc. 50) and defense counsel (Doc. 49), the court provides the following clarification of its intent, as well as its recommendation to the Bureau of Prisons, regarding the sentence for defendant Cory Wayne Robinson.

The court intended for the state and federal sentences to run concurrently if the state-court judge approved concurrent sentences. Because the Barbour County Circuit Court Judge decided to run the sentences

imposed in case numbers CC-2022-000108.00 and CC-2022-000109.00 concurrently with the sentence imposed in this case, it is this court's recommendation that the sentence imposed in this case run concurrently with the state sentences defendant Cory Wayne Robinson received in Barbour County Circuit Court and has now completed.

The clerk of court is DIRECTED to send a copy of this order to the Federal Bureau of Prisons's Designation and Sentence Computation Center at the address provided in the Bureau's letter (Doc. 44).

DONE, this the 2nd day of July, 2025.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**